NEWYORK,
October, 1816.

BURTUS
v.
M'CARTY.

### BURTUS *against* M'CARTY AND ANOTHER.

*Actions on re-cognisances of bail, taken in suits brought in courts of common pleas, must be brought in the court of the county in which the suit was originally commenced. if the parties who enter into the recognisance reside within its jurisdiction, and not in this court.*

*PAINE*, for the defendants, moved to set aside the execution, judgment, and all proceedings in this cause. The suit was on a recognisance of bail, taken in the court of common pleas of *Rensselaer* county. The defendants, who were special bail for the defendant in the original suit, both resided in *Rensselaer* county, where they entered into the recognisance, and where they were arrested in this suit. The *capias* was returnable in *August* term, and the principal was surrendered by his bail into the custody of the sheriff of *Rensselaer* on the 9th *August*, and notice thereof given to the plaintiff's attorney on the same day.

*Foot,* contra.

*Per Curiam.* The suit on the recognisance of bail must be brought in the county where the original suit was commenced. In *Davis* v. *Gillet*, (7 *Johns. Rep.* 318.,) the bail had removed out of the county, so that they could not be there personally served with process. In *Haswell* v. *Bates & Lewis*, (9 *Johns. Rep.* 80.,) which was an action on a bail-bond taken in a court of common pleas, the bail also resided out of the county; and in *Gardiner* v. *Buchan & Olcott*, (12 *Johns. Rep.* 459.,) which was also an action on a bail-bond, the principal resided out of the county, though the bail lived within the county in which the original suit was brought.

Each court has its own rules of practice as to proceedings against bail, and it would be inconvenient for this court to be inquiring into the rules of practice of the different courts of common pleas. In the cases which have been mentioned the party would have been without remedy, unless this court had taken cognizance of the suit against the bail; and having taken cognizance of the cause, we afford the same relief as the court of common pleas. Here, the parties are within the jurisdiction of the court of the county in which the original suit was commenced, so that they can be served with process out of that court on their recognisance. They must, therefore, be sued in the court of common pleas.

*Motion granted.*